

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 3, 2022

**By Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**   *United States v. Laquan Falls*, **22 Cr. 0446**

Dear Judge Karas,

    The Government hereby respectfully requests an exclusion of time in the above-referenced matter for the period of November 2, 2022, until November 30, 2022, pursuant 18 U.S.C. § 3161(h).

    On October 11, 2022, this Court adjourned the above-referenced matter from October 13, 2022, until November 2, 2022, upon defense counsel's motion. In the intervening month, the Dutchess County District Attorney's Office issued a writ ad prosequendum to return the defendant to state custody to attend a court appearance for pending state charges. The defendant remained in state custody following that initial court appearance. The defendant appeared again in state court on November 2, 2022, and the Government was unable to produce him for the scheduled conference before this Court. The Government and defense counsel discussed the matter telephonically and determined that both parites are available to appear for this matter on November 30, 2022. The parties contacted the court deputy who confirmed that this Court is available on that date.

(Continued on Next Page)

While discovery is complete, the parties are in the process of discussing a potential disposition without trial. Accordingly, the Government asserts that the ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: *Kaiya Arroyo*
Kaiya Arroyo
Assistant United States
Attorney (914) 993-1919

Granted. The next conference will be 11/30/22, at 11:30 Time is excluded until then, in the interests of justice, to allow for the continuation of discussions toward a disposition in this case. The interests of justice from this exclusion outweigh the public's and Mr. Falls' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED

Dated:     November  3 , 2022
           White Plains, New York

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT COURT

**CC:**
Francis L. O'Reilly, Esq.
1735 Post Road, Suite 2C
Fairfield, CT 06824
203-913-4608
Attflor@aol.com