

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

January 27, 2023

**By Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *United States v. Laquan Falls*, 22 Cr. 0446**

Dear Judge Karas,

The Government respectfully asks this Court to set a status conference date for the above-referenced matter and requests an exclusion of time, pursuant 18 U.S.C. § 3161(h), for the period of January 26, 2023, until the date set by this Court. A proposed Order to exclude time has been attached to this letter as Exhibit A.

On or about November 30, 2022, this Court set a status conference for Thursday, January 26, 2023. On or about January 18, 2023, defense counsel for Mr. Falls contacted the Court's deputy stating, in sum and substance, that Mr. Falls intended to plead guilty to the charged violation. The matter was referred to the magistrate judge for a plea allocution, which was scheduled for January 26, 2023. The status conference before this Court was cancelled. However, on or about January 24, 2023, defense counsel informed the Government and this Court's deputy that the defendant no longer wished to plead guilty, and the plea hearing was cancelled.

The defendant has long since received all available discovery in this matter. The Government is prepared to move forward with setting a schedule for motions and trial, and asks this Court to set a status conference so that the parties can discuss potential dates and deadlines.

An exclusion of time during this period would allow the defense to determine whether the defendant is interested in a disposition without trial and would allow the parties time to consider what, if any, motions should be submitted to the Court in advance of trial. Accordingly, the Government asserts that the ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: Kaiya Arroyo
Kaiya Arroyo
Assistant United States
Attorney (914) 993-1919

SO ORDERED

Granted. The next conference will be 2/16/23 at 10 am.

Dated: January ___, 2023
White Plains, New York

THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT COURT
2/1/23

**CC:**
Francis L. O'Reilly, Esq.
1735 Post Road, Suite 2C
Fairfield, CT 06824
203-913-4608
Email: Attflor@aol.com