UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LAQUAN FALLS,

                Defendant.

No. 22-CR-446 (KMK)

SCHEDULING ORDER

---

KENNETH M. KARAS, United States District Judge:

      Trial of this case will begin on February 5, 2024, at 9:30 A.M. at the U.S. District Court, 300 Quarropas Street, White Plains, New York 10601. Chambers will advise the Parties as to which Courtroom the trial will be held.

      The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law by January 3, 2024. Defendant shall file a response to the Government's 404(b) motion by January 17, 2024. The Government shall file its reply by January 24, 2024.

      The Government shall produce to Defendant pre-marked exhibits it intends to introduce and notice of any experts it intends to call as part of its case-in-chief at trial by January 3, 2024.

      The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by January 17, 2024.

      The Parties' Motions in Limine are due by January 17, 2024. Oppositions to Motions in Limine are due by January 24, 2024. Failure to object will waive any subsequent objections.

      The Parties' proposed jury instructions, voir dire, and proposed verdict form are due by January 29, 2024.

      The Court will hold a final pre-trial conference on February 2, 2024, at 10:00 AM.

      Time is excluded under the Speedy Trial Act until February 5, 2024, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 13, 2023
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge