

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 26, 2023

**BY EMAIL and ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. Laquan Falls*, 22 CR 446 (KMK)**

Dear Judge Karas:

In light of the adjournment of trial in the above-referenced case from February 5 to February 12, 2024 and the parties' ongoing discussions regarding a possible pretrial disposition, the Government respectfully requests that the Court adjourn the pretrial deadlines in this case by one week and set the following schedule:

- January 10, 2024:
    - Gov.: Production of trial exhibits, filing of Rule 404(b) motion, and expert notice.

- January 17, 2024:
    - Gov.: Filing of opposition to defendant's *Bruen* motion.

- January 24, 2024:
    - Both parties: Filing of motions *in limine*;
    - Gov.: Production of material pursuant to 18 U.S.C. § 3500 and *Giglio*; and
    - Def.: Filing of response to Rule 404(b) motion.

- January 31, 2024:
    - Both parties: Filing of oppositions to motions *in limine*;
    - Gov.: Filing of reply on 404(b) motion; and
    - Def.: Filing of reply on *Bruen* motion.

- February 5, 2024:
    - Both parties: Filing of proposed jury instructions, voir dire, and proposed verdict forms.

This letter does not seek to reschedule the pretrial conference, which is currently set for February 7 at 2:00 PM.

The Government has conferred with defense counsel, Francis L. O'Reilly, who does not object to this request.

Granted.

So Ordered.

/s/
12/26/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Ben Arad
Ben Arad
Assistant United States Attorney
Southern District of New York
(914) 993-1907

CC: Francis L. O'Reilly, Esq.