

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

July 18, 2024

**By Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:    *United States v. Laquan Falls*, 22 Cr. 446 (KMK)**

Dear Judge Karas,

The Government writes respectfully to request a brief extension of time—to this upcoming Monday, July 22, 2024—to submit its sentencing submission in the above-referenced matter. Defendant Laquan Falls' sentence is currently scheduled for next Thursday, July 25, 2024.

The Government has been working diligently on its response. However, that response would not be complete if submitted today. The defendant objects to the criminal history calculation for the defendant's May 23, 2023, state conviction for Criminal Sale of a Controlled Substance in the Third Degree and argues that it constitutes Related Conduct. The Government believes that certain documents from that conviction are important for the Court's consideration in making this determination. This extension would not require an adjournment of the defendant's sentencing. The Government has spoken with the defendant's counsel, who does not object to such an extension.

Please feel free to contact me with any questions or issues.

Granted.

So Ordered.

7/18/24

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:    Kaiya Arroyo

Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919