UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

    -against-

Laquan Falls,

    Defendant.

------------------------------------------------------x

ORDER

Docket No. 22 CR 00446 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Francis L. O'Reilly is to assume representation of the defendant in the above captioned matter as of July 5, 2025. Mr. O'Reilly is appointed pursuant to the Criminal Justice Act. His address is 1735 Post Road, Suite 2C, Fairfield, CT 06824, phone number 203-913-4608, Email: FRANKOREILLY9@GMAIL.COM

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       July 16, 2025